United States Court of Appeals
FOR THE EIGHTH CIRCUIT

———————————

No. 97-2208MN

———————————

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the District of |
| v. | * | Minnesota. |
| | * | |
| Malachi Andrews, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

———————————

Submitted: September 4, 1997
Filed: September 11, 1997

———————————

Before FAGG, BOWMAN, and MURPHY, Circuit Judges.

———————————

PER CURIAM.

After Malachi Andrews was sentenced for drug-related charges, including using a firearm during a drug offense, the Supreme Court decided <u>Bailey v. United States</u>, 116 S. Ct. 501 (1995). In light of <u>Bailey</u>, the district court vacated the sentence originally imposed on the firearm conviction and imposed a revised sentence on Andrews's drug conviction with an enhancement based on his possession of a firearm. On appeal, Andrews contends the district court improperly resentenced him on his drug conviction. Andrews's arguments, however, are foreclosed by our recent decision in <u>United States v. Harrison</u>, 113 F.3d 135, 137-38 (8th Cir. 1997). We thus affirm Andrews's revised drug sentence. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

   CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.